UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                         )      Chapter 11
                               )
RMEGI, LLC,                    )      CASE NO.
                               )
     Debtor(s).                )

**LIST OF SECURED CREDITORS – CHAPTER 11**

| *Name of Creditor and Complete Mailing Address* | *Name, telephone number and complete mailing address of employee, agent or department of creditor familiar with claim who may be contacted* | *Amount of claim/collateral* |
|---|---|---|
| JPMorgan Chase Bank, N.A.<br>1111 Polaris Parkway<br>Columbus, OH 43240-2050 | Jacob Bradley, Esq.<br>Quarles & Brady, LLP<br>135 N. Pennsylvania Street<br>Suite 2400<br>Indianapolis, IN 46204<br>(317) 957-5000<br>Jacob.bradley@quarles.com | $1,289,121.07<br>Collateral: Commercial real estate located at 970 Western Drive, Indianapolis, IN 46241 |
| Marion County Treasurer<br>1001 City-County Bldg.<br>200 E. Washington Street<br>Indianapolis, IN 46204 | (317) 327-4444 | $44,000.00<br>Collateral: Commercial real estate located at 970 Western Drive, Indianapolis, IN 46241 |

HESTER BAKER KREBS LLC

By     */s/ David R. Krebs*
       David R. Krebs
       Hester Baker Krebs LLC
       One Indiana Square, Suite 1600
       Indianapolis, IN  46204
       (317) 833-3030
       Fax: (317) 833-3031
       Email:  dkrebs@hbkfirm.com